DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| GEORGE J REINHEIMER | ) Case No. 09-58092 SLJ |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | ) |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2480299 for an unclaimed dividend in the amount of $4.89. The name and address of the claimant entitled to the unclaimed dividend is as follows;

　　　　GEORGE J REINHEIMER
　　　　68 CENTRE ST
　　　　MOUNTAIN VIEW, CA 94041

Dated: December 02, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEVIN DERHAM-BURK, TRUSTEE